JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GARLAND GIBBS,<br><br>    Plaintiff,<br><br>vs.<br><br>CLOPAY BUILDING PRODUCTS COMPANY, INC.; CLOPAY CORPORATION; GRIFFON CORPORATION; and DOES 1 through 100, Inclusive,<br><br>    Defendants. | Case No. CV10-2733 CAS (JCx)<br><br>~~[PROPOSED]~~ **ORDER OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)**<br><br>[Filed Concurrently with Stipulation of Dismissal With Prejudice]<br><br>Date Action Filed:  February 5, 2010<br>Trial Date:             Not Yet Set |

Upon review of the concurrently-filed Stipulation for dismissal of this entire action with prejudice pursuant to Federal Rule of Civil Procedure 41, and good cause appearing therfor,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice in its entirety. All parties are to bear their own attorneys' fees and costs incurred in this action.

**IT IS SO ORDERED.**

Dated: November 2, 2010

_/s/ Christina A. Snyder_
Judge, United States District Court